1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ROBERT ALAN WILSON,              )   NO. SACV 05-00446 PSG (SS)
                                      )
12               Petitioner,          )   **ORDER ADOPTING FINDINGS,**
                                      )
13        v.                          )   **CONCLUSIONS, AND RECOMMENDATIONS OF**
                                      )
14   CHARLES HARRISON, Warden,        )   **UNITED STATES MAGISTRATE JUDGE**
                                      )
15               Respondent.          )
     ─────────────────────────────── )
16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all the records and files herein and the Report and Recommendation of

20   the United States Magistrate Judge.  The time for filing Objections to

21   the Report and Recommendation has passed and no Objections have been

22   received.  Accordingly, the Court accepts and adopts the findings,

23   conclusions and recommendations of the Magistrate Judge.

24

25   \\

26   \\

27   \\

28   \\

Accordingly, IT IS ORDERED THAT:

1.  The Petition is GRANTED as to Ground Two only.

2.  The Petition is DENIED in all other respects.

3.  This matter is remanded to the state trial court for resentencing in a manner consistent with the Report and Recommendation.

4.  Petitioner is ordered released from custody to the extent that he is confined solely on the basis of his conviction for resisting an executive officer <u>if and only if</u>, within 120 days of the entry of judgment, the State does not resentence Petitioner in a manner consistent with the Report and Recommendation.

5.  The Clerk shall serve copies of this Order by United States mail on counsel for Petitioner and Respondent.

DATED:May 25, 2010

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE