UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALAN WILSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHARLES HARRISON, Warden,<br><br>　　　　　Respondent. | NO. SACV 05-00446 PSG (SS)<br><br><br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is GRANTED as to Ground Two only, DENIED in all other respects, and the above-captioned action is dismissed with prejudice.

　　DATED: May 25, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE